# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No.95-60115
Summary Calendar

ROBERT WALKER BOTTS,

Plaintiff-Appellant,

versus

DERRICK PRUITT, Individually and
in his official capacity as Deputy
Sheriff of Lee County, ED CRIDER,
in his official capacity as Sheriff
of Lee County, and LEE COUNTY,
MISSISSIPPI,

Defendants-Appellees.

Appeal from the United States District Court
For the Northern District of Mississippi
(1:94-CV-73)

(October 6, 1995)

Before POLITZ, Chief Judge, JOLLY and DeMOSS, Circuit Judges.

PER CURIAM:[*]

This matter is before the court on appeal by Robert Walker Botts of an adverse

summary judgment rejecting his 42 U.S.C. § 1983 action and the district court's dismissal

of his state law claims for lack of jurisdiction.  Finding no error, and for the reasons assigned

in the Memorandum Opinion by the district court rendered and entered on January 30, 1995,

---

[*]Local rule 47.5 provides:  "The publication of opinions that have no precedential value
and merely decide particular cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal profession."  Pursuant to that Rule,
the Court has determined that this opinion should not be published.

the judgment appealed is AFFIRMED.